# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In Re: LEVAQUIN PRODUCTS LIABILITY LITIGATION | MDL. No. 08-1943 (JRT) |
| This document also relates to: | **ORDER** |
| ALL ACTIONS | |

_____

**IT IS HEREBY ORDERED** that:

All Certificates of Service may be abbreviated for ease and convenience of all parties and the Court. The certificates of service may state:

I hereby certify that on [date], I electronically filed the foregoing with the Clerk of the Court of the United States for the District of Minnesota by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: January 11, 2010
at Minneapolis, Minnesota.

                                                             s/ John R. Tunheim
                                                JOHN R. TUNHEIM
                                      United States District Judge